STATE OF NEW JERSEY v. WILLIAM TYRONE WILKES.

June 29, 1973. Petition for certification denied.

HERENIA CALVELO v. JOSE A. VARGAS.

June 29, 1973. Petition for certification granted.

RONALD BOOKER CATHIE v. CITY OF ATLANTIC CITY.

June 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v.
WILFRED ERNEST BROKENBOUGH.

June 29, 1973. Petition for certification denied.

LAWRENCE FORD v. HAZEL BISHOP CO. v.
INTERCHEMICAL CORP.

June 29, 1973. Petition for certification denied.